

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00091-CR

JAMES KEVIN JOHNSON, Appellant    §    On Appeal from Criminal District
                                        Court No. 2

                                  §    of Tarrant County (1717997R)

V.                                §    May 11, 2023

                                  §    Memorandum Opinion by Chief Justice
                                        Sudderth

THE STATE OF TEXAS                §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's May 13, 2022 Nunc Pro Tunc Order Correcting Minutes of the Court. The May 13, 2022 Nunc Pro Tunc Order Correcting Minutes of the Court is modified to reflect "Defendant placed on community supervision for 8 years." It is ordered that the Order of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth